UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| ERIKA JACOBS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SALT LAKE CITY INTERNATIONAL AIRPORT,<br><br>　　　　Defendant. | **ORDER TO ALLEGE PLAINTIFF'S DOMICILE**<br><br>Case No. 2:24-cv-00299<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Daphne A. Oberg |

On August 21, 2024, the issued an order finding Plaintiff Erika Jacobs' original complaint deficient and permitting her to file an amended complaint.[1] This order noted the complaint failed to establish this court's jurisdiction over Ms. Jacobs' state-law claims because it did not allege facts supporting diversity jurisdiction.[2] Specifically, the complaint contained no allegations regarding Ms. Jacobs' domicile.[3] The court instructed Ms. Jacobs that if she intended to proceed on her state-law claims in this court, she must allege which state she is domiciled in, if any.[4]

---

[1] (Memorandum Decision and Order Permitting Amended Complaint, Doc. No. 12.)

[2] (*See id.* at 5–6.)

[3] (*See id.* at 6.)

[4] (*Id.*)

Ms. Jacobs filed an amended complaint on October 14, 2024,[5] which confirms she is bringing a state-law claim and attempting to invoke diversity jurisdiction.[6] However, the amended complaint lacks allegations regarding Mr. Jacobs' domicile.

By **October 31, 2024**, Ms. Jacobs is ORDERED to file a document alleging which state she is domiciled in (if any) for purposes of diversity jurisdiction. Ms. Jacobs is reminded that "a person acquires domicile in a state when the person resides there and intends to remain there indefinitely."[7] Failure to comply may result in dismissal of this case.

DATED this 17th day of October, 2024.

BY THE COURT:

*Daphne A. Oberg*
Daphne A. Oberg
United States Magistrate Judge

---

[5] (Doc. No. 16.)

[6] (*See id.* at 3 (stating her claim is "brought under diversity and trip and fall accident").)

[7] *Middleton v. Stephenson*, 749 F.3d 1197, 1200 (10th Cir. 2014).