UNITED STATES DISTRICT COURT FOR THE DISTRICT UTAH

CENTRAL DIVISION

ERIKA JACOBS,

PLAINTIFF,                               CASE NO.: 2:24-cv-00299

VS.

SALT LAKE CITY INTERNATIONAL

AIRPORT,

DEFENDANT.

**PLAINTIFF'S RESPONSE**

Comes Now, Erika Jacobs, Plaintiff, to answer the order sent on 10-17-24 in which I had until 10-31-24 to answer. The Plaintiff was unaware that the only reason her complaint was to be amended was because the court did not read to know the state in which the Plaintiff resided in. It is listed on the original and amended Complaint that the resident of the Plaintiff is Nebraska. The Plaintiff has listed more than enough cause to bring this case to the district court. **The Plaintiff would not list her address other than where she lives. Plaintiff original complaint stated Nebraska as well. At this point the Plaintiff will request the case be reviewed by the District judge and no longer by the magistrate judge because this order lets me know that the magistrate judge is not properly reading the Plaintiff's complaint.**

This 25th day of October, 2025.

Erika Jacobs

Erika Jacobs

PO Box 987

Scottsbluff, NE 69363

602-434-3107

Erika457@live.com