FILED
2024 OCT 25 AM 7:57
CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE DISTRICT UTAH

CENTRAL DIVISION

ERIKA JACOBS,

PLAINTIFF,                                              CASE NO.: 2:24-cv-00299

VS.

SALT LAKE CITY INTERNATIONAL

AIRPORT,

DEFENDANT.

MOTION FOR NEW JUDGE

Comes Now, Erika Jacobs, Plaintiff, in the above styled case to request that the district judge preside over the case. The Plaintiff is entitled to a fair case. The Plaintiff must be ascertained that the case is being reviewed with accuracy and in accordance with proper law. Judges actions should not violate judicial canons. Requesting an amended complaint solely on verification of jurisdiction and then resending an order requesting jurisdiction again lets the Plaintiff know that her Complaint is not being read correctly. It appears that the judge is looking for a reason to dismiss the case instead of looking at the Complaint presented.

This 25th day of October, 2025.

Erika Jacobs

Erika Jacobs

PO Box 987

Scottsbluff, NE 69363

602-434-3107

Erika457@live.com