UNITED STATES DISTRICT COURT FOR THE DISTRICT UTAH CENTRAL DIVISION

ERIKA JACOBS,

PLAINTIFF,

CASE NO.: 2:24-cv-00299

VS.

SALT LAKE CITY INTERNATIONAL AIRPORT,

DEFENDANT.

**RE: Order for Setting Hearing or trial status conference**

**Attention: Judge Daphne A. Oberg**

**I will not be present at the conference on 11-4-24. The Defendant was not served and it is too short of notice. Please do not reschedule. I have respectfully requested your recusal from the case. I requested that the chief judge review and grant the Motion for recusal.**

*Erika Jacobs*

Erika Jacobs

PO Box 987

Scottsbluff, NE 69363

Erika457@live.com

602-434-3107