FILED
2024 NOV 8 AM 8:05
CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE DISTRICT UTAH CENTRAL DIVISION

ERIKA JACOBS,

PLAINTIFF,                                                    CASE NO.: 2:24-cv-00299

VS.

SALT LAKE CITY INTERNATIONAL AIRPORT,

DEFENDANT.

## MOTION TO OBJECT AND RECUSE JUDGE OBERG AND THE PRESIDING FEDERAL JUDGE FROM THE CASE

Comes Now the Plaintiff, Erika Jacobs, to object to the unethical actions of Judge Oberg. Judge Oberg was requested to be recused from the case. Judge Oberg appears to believe that the Plaintiff address is fraudulent. The Plaintiff has established that she lives in Nebraska. The malicious and evil nature of the case is that Judge Oberg knows already that the Plaintiff resides in Nebraska. Judge Oberg is asking the Plaintiff for her future goals and addresses. If the Plaintiff address changes in the future she will definitely let the court know and that is all the court can ask. Salt Lake City Utah is an airport and people travel from the airports from many states all the day long. If injured at the airport you do not have to be a resident of Utah.

**Because to Judge's Oberg actions to neglect the Plaintiff's request and her disability in judgment. I am forced to write a judicial review for Judge Oberg for her conduct and or disability in law. I am not a fortune teller. It is obvious that Judge Oberg knows or has heard more about me than I know. There is other law applicable to the case. Judge Oberg is acting as the Defendant's attorney and that is unethical judicial behavior. Judge Oberg only sought to dismiss the case. Judge Oberg is unfit to rule over the case. Judge Oberg is a discriminatory judge and I am requesting the removal of her and the presiding federal judge from the case. <u>There is a law that gives me the right to remove the judge called Utah R. Civ. P. 63A (there are two parties although the judge refuses to serve the defendant). PLEASE CHECK THE RECORD OF MOTIONS AND RESPONSES SUBMITTED BY THE PLAINTIFF.</u>**

**This 8th day of November, 2024.**

Erika Jacobs

Erika Jacobs

PO Box 987

Scottsbluff, NE 69363

602-434-3107

Erika457@live.com